In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-134 CR


____________________



JOSEPH BENARD SAMUEL, III, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause No. 93862






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Joseph Benard Samuel, III, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally, acting pro se following withdrawal of appellate counsel after filing a brief which
certifies counsel could find no arguable error upon which to base an appeal. No opinion has
issued in this appeal.

 The motion to withdraw as counsel is granted. Joseph Benard Samuel, III, is enrolled
pro se. It is further ordered that the motion to withdraw notice of appeal be granted, and the
appeal is therefore dismissed. The Clerk of the Court shall forward a copy of this Opinion
to the clerk of the court in which the notice of appeal was filed.


 
 __________________________________

 CHARLES KREGER

 Justice


Submitted on March 16, 2007

Opinion Delivered April 25, 2007

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.